PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Eugene Ikponmwosa Idemudia                     Cr.: 14-00253-001
                                                                  PACTS #: 60029

Name of Sentencing Judicial Officer:   HONORABLE CHRISTOPHER C. CONNER
                                       UNITED STATES DISTRICT JUDGE
                                       (Middle District of Pennsylvania)

Name of Newly Assigned Judicial Officer:   HONORABLE JOSE L. LINARES
                                           UNITED STATES DISTRICT JUDGE
                                           (Jurisdiction Transferred May 5, 2014)

Date of Original Sentence: 11/21/2011

Original Offense: Conspiracy to Commit Mail and Wire Fraud

Original Sentence: Imprisonment - 38 months; Supervised Release – 3 years

Special Conditions: DNA Testing, Financial Disclosure, New Debt Restrictions, Special Assessment - $100, Restitution - $1,015,576.55

Type of Supervision: Supervised Release                Date Supervision Commenced: 02/21/2014

## STATUS REPORT

U.S. Probation Officer Action:

On November 21, 2011, the offender was sentenced by the Honorable Christopher C. Conner, United States District Judge for the Middle District of Pennsylvania, to 38 months imprisonment to be followed by 3 years of supervised release. The following special conditions were imposed: DNA testing, new debt restrictions, and financial disclosure. He was also ordered to pay a $100 special assessment and $1,015,576.55 in restitution.

Jurisdiction was transferred to Your Honor on May 5, 2014.

Mr. Idemudia currently resides in Hillside, New Jersey. He has been employed with Calvary Staffing and EZ Parking since April of 2014. We believe that Mr. Idemudia has paid the court-ordered restitution to the best of his financial ability. To date, he has paid $17,305.08 toward his restitution. It should be noted that should his term of supervision expire as scheduled, his case will be referred to the U.S. Attorney's Office, Financial Litigation Unit, for collection.

**Recommendation:** It is respectfully requested that Your Honor take no further action and allow Mr. Idemudia's term of supervision to expire as scheduled on February 20, 2017.

Prob 12A – page 2
Eugene Idemudia

Respectfully submitted,

*Michelle Siedzik*

By: Michelle Siedzik
    U.S. Probation Officer Assistant
Date: 12/13/2016 12/30/2016

---

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time – Supervision to Expire on February 20, 2017.

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

1/4/17
_____
Date